UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02063-MSK-BNB

ODIN GOMEZ,
MEKELA RIDGEWAY,
CATHIE GORDON, and
KATIE MOORE

    Plaintiffs,

v.

PATRICIA GABOW, in her individual capacity and in her official capacity as Chief Executive Officer and Medical Director of Denver Health and Hospital Authority,
GREG ROSSMAN, in his individual capacity and in his official capacity as Chief Human Resources Officer of Denver Health and Hospital Authority,
WENDY ALEXANDER, in her individual capacity and in her official capacity as Human Resources Director of Denver Health and Hospital Authority,
And
DENVER HEALTH AND HOSPITAL AUTHORITY, a political subdivision of the State of Colorado

    Defendants.

---

**NOTICE OF FILING OF MOTION TO CONSOLIDATE THIS CASE INTO CIVIL ACTION NO. 06-CV-02262**

---

Defendants, by and through their attorneys, Fairfield and Woods, P.C., hereby give notice to this Court that they have filed a Motion to Consolidate in Civil Action No. 06-CV-02262, a copy of which is attached without its attachments, requesting that this case be consolidated into that case. Pursuant to D.C.Colo.LCivR 42.1, that Motion is to be determined by Judge Kane as the Judge to whom the oldest numbered case is assigned for trial.

1

Respectfully submitted this 5th day of October, 2007.

By: *s/Brent T. Johnson*
Fairfield and Woods, P.C.
1700 Lincoln Street, Suite 2400
Denver, CO  80203-4524
Phone:  (303) 830-2400
Fax:  (303) 830-1033
Email:  bjohnson@fwlaw.com

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Anne T. Sulton
Email:  annesulton@gmail.com

Gregory A. Hall
Email:  gregory@federallaw.com

By: *s/Sharon A. Chiecuto*
Sharon A. Chiecuto