# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 06-cv-02262-JLK-MJW ) | Civil Action 07-cv-02063-MSK |
| ) | |
| RENEE ATWELL, ) | ODIN GOMEZ |
| VIVIAN BRADLEY, ) | MEKELA RIDGEWAY |
| TERRY LEE, and ) | CATHIE GORDON, and |
| YVETTE MARTINEZ HOCHBERG, ) | KATIE MOORE, |
| ) | |
| Plaintiffs, ) | Plaintiffs, |
| ) | |
| v. ) | v. |
| ) | |
| PATRICIA GABOW, ) | PATRICIA GABOW, |
| and ) | GREG ROSSMAN, |
| DENVER HEALTH AND ) | WENDY ALEXANDER, and |
| HOSPITAL AUTHORITY, ) | DENVER HEALTH AND |
| ) | HOSPITAL AUTHORITY, |
| Defendants. ) | |
| ) | Defendants. |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CONSOLIDATE

Plaintiffs, by their counsel Anne T. Sulton and Gregory Hall, **join** Defendants' motion to consolidate these two cases, as it relates to and "for the purposes of discovery" as

1

Defendants note at page 6 of their motion, because as Defendants note at page 2 of their motion "there are common issues of law and fact between the two actions".

However, because no discovery has been received from Defendants, Plaintiffs currently are not in a position to state whether the two cases should be consolidated for any other purposes, and request the Court allow Plaintiffs to immediately begin discovery on the class-wide issues so that Plaintiffs can provide the Court with the factual basis it needs to determine whether it is appropriate to consolidate the two cases for class certification issues and other matters.

Currently, the two cases have substantial differences. The Gomez, et al case includes issues pertaining to alleged discrimination based upon employees speaking the Spanish language in the workplace and initial hiring decisions. The Atwell, et al. case does not contain these issues. The Atwell, et al case, as currently framed, focuses on highly skilled health care professionals (including psychologists and medical doctors). The Gomez, et al. case, as currently framed, focuses on less skilled health care professionals and non-medical employees.

The Atwell, et al. amended complaint was filed in February 2007. A scheduling conference has not yet been held. A motion to dismiss is pending. The Tenth Circuit has issued an order partially staying Judge Kane's orders in the Atwell, et al. case, pending review of additional documents, to be filed under seal with the appeals court by Attorney Sulton.

Defendants were asked to accept service of the Gomez, et al. complaint on September 4, 2007. [Please see E-mails attached hereto as Exhibit 1.] Defendants refused to accept service. Service of the Gomez, et al. amended complaint upon Defendants was made on September 14, 2007. Defendants have not yet filed a response.

For all of these reasons, and based upon the records in both cases, Plaintiffs:

1) Join Defendants in their request for consolidation as it relates to discovery; and

2) Request Plaintiffs be allowed to immediately begin discovery on class certification issues.

Respectfully submitted this 9th day of October 2007.

/s/Anne T. Sulton
Anne T. Sulton

| | |
|---|---|
| **Anne T. Sulton, Ph.D., J.D.** | **Gregory A. Hall, J.D.** |
| Sulton Law Offices | Law Office of Gregory A. Hall |
| Post Office Box 2763 | Post Office Box 20922 |
| Olympia, WA 98507 | Denver, CO 80220-8992 |
| Telephone: (360)870-6000 | Telephone: (303) 320-0584 |
| E-Mail: annesulton@gmail.com | Fax: (303) 370-6992 |
| | E-Mail: Gregory@FederalLaw.com |

**Plaintiffs' Attorneys**

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on October 9, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Attorney Brent Johnson: E-mail bjohnson@fwlaw.com

/s/ Anne T. Sulton
Anne T. Sulton
Attorney for Plaintiffs
P.O. Box 2763
Olympia, WA 98507
Phone: 360-870-6000
Fax: n/a
Email: annesulton@gmail.com
