# Case: 2007cv8486; Transaction: 16157890 New Case Accepted w/Edits

---

**anne sulton <annesulton@gmail.com>**                    **Tue, Sep 4, 2007 at 8:59 AM**
To: "Ebert, Darlene" <Darlene.Ebert@dhha.org>
Cc: Law Office of Gregory Hall <gregory@federallaw.com>

    attorney ebert:

    will you accept service on behalf of the defendants?

    ---------- Forwarded message ----------
    From: **LexisNexis File & Serve** < eFile@fileandserve.lexisnexis.com>
    Date: Sep 4, 2007 10:39 AM
    Subject: Case: 2007cv8486; Transaction: 16157890 New Case Accepted w/Edits
    To: annesulton@comcast.net

    To: Anne T Sulton
    Subject: Notice of Accepted and Edited New Case

    CO Denver County District Court 2nd JD has accepted a transaction in 2007cv8486 with edits. This
    case, 2007cv8486, is now available for subsequent transactions and you may now serve parties in
    this case via LexisNexis File & Serve.

    The details for this transaction are listed below.

    Court:                    CO Denver County District Court 2nd JD
    Case Name:                    Odin Gomez vs Patricia Gabow
    Case Number:              2007cv8486
    Transaction ID:           16157890
    Authorized Date/Time:         Aug 31 2007 11:03AM MDT
    Authorizer:                   Anne T Sulton
    Authorizer's Organization:    Sulton Law Office

# Gomez v. Denver Health

5 messages

---

**Brent Johnson <bjohnson@fwlaw.com>**                                    **Tue, Sep 4, 2007 at 12:22 PM**
To: anne sulton <annesulton@gmail.com>
Cc: "Ebert, Darlene" <Darlene.Ebert@dhha.org>

Ms. Sulton,

This matter and your emails to Ms. Ebert have been referred to me.  Please direct any further communications to my attention.

I also want to inform you that Denver Health does not authorize acceptance of service in state court actions.

Brent T. Johnson

Brent T. Johnson
Fairfield and Woods, P.C.
Wells Fargo Center, Suite 2400
1700 Lincoln Street
Denver, Colorado 80203-4524
Telephone: (303) 830-2400
Direct Dial: (303) 894-4408
Fax: (303) 830-1033
E-Mail: bjohnson@fwlaw.com
Web: http://www.fwlaw.com

*CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files, or previous e-mail messages attached to it, may contain confidential information, some or all of which may be legally privileged. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, please be advised that any disclosure, copying, distribution, or use of any of the information contained in or attached to this e-mail transmission is prohibited. If you have received this e-mail transmission in error, please immediately notify us by reply e-mail or via telephone or facsimile, and destroy the original e-mail transmission and its attachments. Thank you in advance for your cooperation.*

**anne sulton <annesulton@gmail.com>**                    **Tue, Sep 4, 2007 at 12:40 PM**
To: Brent Johnson <bjohnson@fwlaw.com>
Cc: Law Office of Gregory Hall <gregory@federallaw.com>

do you want to arrange a convenient time for defendants to receive service?  if not, then i will have them served in the usual fashion.
[Quoted text hidden]
--
anne t. sulton, ph.d., j.d.
www.sultonlawoffices.com
telephone: (360) 870-6000

---

**Brent Johnson <bjohnson@fwlaw.com>**                    **Tue, Sep 4, 2007 at 2:18 PM**
To: anne sulton <annesulton@gmail.com>

Service on all defendants may be made at Risk Mgmt., 660 Bannock, 5th floor, between the hours of 8 am and 5 pm.

Brent

**From:** anne sulton [mailto:annesulton@gmail.com]
**Sent:** Tuesday, September 04, 2007 1:40 PM
**To:** Brent Johnson
**Cc:** Law Office of Gregory Hall
**Subject:** Re: Gomez v. Denver Health

[Quoted text hidden]

---

**anne sulton <annesulton@gmail.com>**                    **Tue, Sep 4, 2007 at 3:29 PM**
To: Brent Johnson <bjohnson@fwlaw.com>
Cc: Law Office of Gregory Hall <gregory@federallaw.com>

brent:

thank you.

greg:

please arrange service on defendants.  thanks.

anne